UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIJENDRA NAICKER,<br><br>    Plaintiff,<br><br>  vs.<br><br>FCA US LLC, and DOE 1 through 10 inclusive,<br><br>    Defendants. | Case No: 20-cv-06941 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of the action, see Dkt. 12, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and a case management conference will be reset, provided such motion is filed within ninety (90) days of the date this order is filed.

IT IS SO ORDERED.

Dated: January 5, 2021

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge